

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable David Cole
County Auditor
Stephens County
Breckenridge, Texas

Dear Sir:                    Opinion No. 0-4227
                             Re:  Article 1649, V. A. T. C. S.,
                                  is constitutional and manda-
                                  tory.

     Your request for opinion upon the constitutionality
of Article 1649, Vernon's Annotated Texas Civil Statutes, has
been received and carefully considered by this department. .
You also request our opinion as to whether said article, if
constitutional, is mandatory.

     Article 1649, Vernon's Annotated Texas Civil Stat-
utes, reads as follows:

> "The auditor shall, within twenty days of
> his appointment, and before he enters upon the
> duties of his office, make a bond with two or
> more good and sufficient sureties, in the sum
> of five thousand dollars, payable to the county
> judge, conditioned for the faithful performance
> of his duties, to be approved by the commission-
> ers court. He shall also take the official oath
> and an additional one in writing, stating that
> he is in every way qualified under the provi-
> sions and requirements of this title, and giving
> fully the positions of private or public trust
> he has heretofore held, and the length of service
> under each. He shall further include in his
> oath that he will not personally be interested
> in any contract with the county."

     This article was Section 4 of Senate Bill 258 of
the 29th Legislature of Texas, Regular Session 1905, and
was clearly within the caption of the act. Besides the same
was codified as Article 1649, Revised Civil Statutes, in the
revision of the statutes in 1925. It has not been amended
since.

Honorable David Cole, Page 2

The case of American Indemnity Company v. Red River National Bank, 132 S. W. (2d) 473, holds that Article 1649, Revised Civil Statutes, requires the county auditor to take the regular oath and a special oath. This case also holds that the purpose of Article 1648, Revised Civil Statutes (which prescribes the qualifications of the county auditor), was to protect the interests of the county.

We do not find that any of the provisions of our State Constitution have been violated by this article.

It is our opinion that the article is constitutional and mandatory.

Very truly yours

ATTORNEY GENERAL OF TEXAS

APPROVED DEC 11, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

By

Wm. J. Fanning
Assistant

WJF:GO

